# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2903
_____

RUSSEL SMITH JR. and TERESA
SMITH,

Appellant,

v.

WELLS FARGO BANK, etc.,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

July 12, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Aimee Jackson of Three Rivers Legal Services, Inc., Lake City; George T. Reeves of Davis, Schnitker, Reeves & Browning, PA, Madison; for Appellant.

Joseph H. Picone and Kimberly S. Mello of Greenberg Traurig, P.A., Tampa; Mark C. Elia of Van Ness Law Firm, PA, Deerfield Beach; for Appellee.